IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KYRON PALOMBI,<br><br>    Plaintiff,<br><br>v.<br><br>NICOLE CUNHA REA et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & ORDER**<br><br>Case No. 2:15-CV-25-CW<br><br>District Judge Clark Waddoups |

  Plaintiff, Kyron Palombi, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Amended Complaint under § 1915(e), in an Order dated February 22, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. The order was returned to sender, marked, "No Forwarding Address."

  Plaintiff has not since filed a second amended complaint. The Court last heard from Plaintiff on August 31, 2016, when he filed a motion for appointed counsel which was denied.

  **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

  DATED this 14th day of April, 2017.

           BY THE COURT:

           _____
           Clark Waddoups
           United States District Court Judge